UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **United States of America** | § | |
| | § | |
| vs. | § | 1:21-cr-00048-LY-9 |
| | § | |
| **Stephanie Shires (9)** | § | |

# O R D E R

Before the Court is Defendant's Motion for Reconsideration of Bond and Incorporated Memorandum of Law, filed December 8, 2021 (Dkt. 727). The District Court referred Defendant's Motion to the undersigned Magistrate Judge. Dkt. 740.

Defendant was ordered detained on April 23, 2021. Dkt. 361. She now seeks pretrial release so that she may attend inpatient treatment, after which she proposes to live with her mother in Kingsland, Texas. Dkt. 727 at 1. The Government does not oppose the Motion. Pursuant to the Court's Order of December 20, 2021, the United States Pretrial Services Office determined that inpatient treatment is available for Defendant beginning January 12, 2022, and the Court held a hearing on Defendant's Motion the same day.

According, the Court hereby **GRANTS** Defendant's Motion for Reconsideration of Bond (Dkt. 727) and orders Defendant **RELEASED** pursuant to the Court's Conditions of Release.

**SIGNED** on January 12, 2022.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE